| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | ELIZABETH M. FALK |
| | Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building |
| | 450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102 |
| | (415) 436-7700 |
| 5 | |
| | Counsel for Defendant PEREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 11-70459 EDL |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER FOR CONTINUANCE OF |
| | ) | PRELIMINARY HEARING |
| JULIA PEREZ, | ) | Date:  June 1, 2011 |
| | ) | Time:  9:30 a.m. |
| Defendant. | ) | Court: The Honorable Elizabeth D. |
| | ) | Laporte |

The parties hereby stipulate and agree as follows:

1. This matter is set for a Preliminary Examination/arraignment hearing on June 1, 2011 at 09:30 a.m.;

2. Counsel on both sides are engaged in pre-indictment negotiations and those negotiations are not likely to be resolved by June 1, 2011;

3. The parties thus jointly request that the hearing be continued to June 14, 2011 at 9:30 a.m.

4. Pursuant to FRCP 5.1(c) and 18 U.S.C. § 3161(b), Ms. Perez hereby waives her right to a return of the indictment against her within 21 days of the initial appearance and within 30 days of her arrest. Undersigned counsel hereby attests

STIP CONTINUE HEARING

1  that there is good cause to extend the time period in which the government has to
2  return an indictment in this case, as pre-indictment negotiations are ongoing that
3  defense counsel believes, in good faith, may likely inure to Ms. Perez' benefit.
4  Accordingly, she asks the Court to hold that based on good cause, the defendant's
5  interest in extending the time for return of indictment in this matter outweighs the
6  public's interest in the prompt disposition of criminal cases and the defendant's
7  and public's interest in a speedy trial.  *See* FRCP 5.1(d); 18 U.S.C. § 3161(b).

8

9  IT IS SO STIPULATED.

10  DATED:     May 26, 2011                     _____/s/_____
                                                KIRSTIN AULT
11                                              Assistant United States Attorney

12

13  DATED:     May 26, 2011                     _____/s/_____

14                                              ELIZABETH M. FALK
                                                Assistant Federal Public Defender.
15
                         [PROPOSED] ORDER
16

17      For the reasons set forth above, the hearing in the aforementioned matter is hereby
18  CONTINUED from June 1, 2011 to June 14, 2011 at 9:30 a.m.  Based on the representations of
19  defense counsel, the Court hereby finds that for good cause shown, the time period in which the
20  government has to return an indictment in this case is hereby EXTENDED to June 14, 2011, and
21  further finds that the interests of the defendant served by doing so outweighs the public's interest
22  in the prompt disposition of criminal cases.  *See* Fed. R. Crim. P. 5.1(d); 18 U.S.C. § 3161(b).

23
       **IT IS SO ORDERED**.
24

25  DATED: May 31, 2011                         _/s/ Elizabeth D. Laporte_____
                                                THE HONORABLE ELIZABETH LAPORTE
26                                              UNITED STATES MAGISTRATE JUDGE

STIP CONTINUE HEARING
-1-